# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM EDWARD FERGUSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 83742

FILED

NOV 24 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on February 4, 2020. However, appellant did not file the notice of appeal until November 2, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). This court lacks jurisdiction to entertain an untimely appeal. *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-33764

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 24
William Edward Ferguson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2